# 8143

NO. 8143.                               STATE OF LOUISIANA.

JOHN FLORES, ET ALS                     COURT OF APPEAL

      VS

STEEG PRINTING & PUB CO.                PARISH OF ORLEANS.

*Court of Appeal*
PARISH OF ORLEANS
FILED DEC 12/21

176

## OPINION.

By his Honor John St. Paul.

In December 1915 plaintiff's minor son was killed
whilst in defendant's employ and in discharge of his duties.
Thereupon plaintiffs brought their action as if for damages
arising ex delicto. The "Employers' Laibility Act" (No 20
of 1914) was ignored on both sides, as well as by the court,
and the case was tried and disposed of as an action based on
a tort. The trial judge gave judgment for defendant, and
on appeal this was affirmed. (142 La 1068)

Thereafter plaintiffs, meaning to bring this suit
under the Employers Liability Act, aforesaid, attempted
to do so by a so-called "supplemental" petition filed in
the same proceedings. Whereupon defendant moved to "strike
from the record" the alleged supplemental petition on the
ground "Causa est finita".

Now it is quite immaterial what names the parties give
to their pleadings; these are, and always will be, just what
their nature shows them to be, and that may be determined
only by observing the purpose intended by the pleader.

Hence it is clear that the so-called "supplemental"
petition is in fact and in law an original  on, since
plaintiffs are now asking a new and different relief and

177

upon a different cause of action; towit, compensation instead
of damages, arising ex contracta and not ex delicto.

In like manner the motion to "Strike out" was simply
an exception to the manner and place of proceeding; which
exception the trial judge properly sustained "without
prejudice to any of the rights of defendants in rule
(plaintiffs in suit) to proceed in another action in
accordance with law."

The judgment appealed from is therefore affirmed.